IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK T. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00385 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN COLVIN, ) | Magistrate Judge Holmes |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion to Dismiss (Doc. No. 16), to which Plaintiff Mark T. White filed a Response (Doc. No. 19), and Plaintiff's "Request for Summary Judgment and/or Compensatory Judgment" (Doc. No. 21). Subsequently, Magistrate Judge Holmes issued a Report and Recommendation ("Report") recommending that Defendant's Motion be granted and Plaintiff's motion be denied. (Doc. No. 24 at 1.) The Report was filed on May 17, 2016, and provided fourteen days in which either Party could file an objection (*Id*. at 12). Neither Party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **GRANTS** the Defendant's motion. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 13th day of September, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT